| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| M. Erik Clark<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600  Fax: (626) 332-8644<br>California State Bar Number: 188693<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Elizabeth Vega | CHAPTER __13__<br>CASE NUMBER LA09-16697-EC |
|---|---|
| Debtor. | (No Hearing Required) |

## DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING
## PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

1. I am the ☐ Movant   ☒ Movant's Attorney   in this matter and hereby declare as follows:

2. On *(specify date)*: __8/31/09__, Movant filed a motion entitled *(specify)*: Notice of Motion and Motion to Avoid Lien Under 11 USC 522(f) (Real Property)

3. A copy of the motion and notice of motion is attached hereto.

4. Pursuant to Local Bankruptcy Rule 9013-1(o), the motion was served by mail on *(specify date)*: __8/31/09 and 10/05/09__, together with a notice stating that any party objecting to the motion has 15 days within which to file and serve any written objection and request a hearing on the above motion.

5. More than __15__ days have passed since the service of the notice of motion.

6. No objection has been timely served on Movant at the address specified in the notice. Therefore, no hearing is required.

7. The proposed Order is submitted herewith. *(Submit original and appropriate copies of Order with envelopes and Notice of Entry)*

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at __West Covina__, California.

Dated: October 28, 2009

| __M. Erik Clark__ | *(signature)* |
|---|---|
| Type Name of Declarant | Signature of Declarant |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                       F 9013-1.9

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 2*

**F 9013-1.9**

| in re | | |
|---|---|---|
| **Elizabeth Vega** | | CHAPTER: **13** |
| | Debtor(s). | CASE NO.: **LA09-16697-EC** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described __Declaration Re: Entry of Order without Hearing Pursuant to Local Bankruptcy Rule 9013-1(o)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __October 28, 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2009 | Yesenia Chicas | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 9013-1.9

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 3*

F 9013-1.9

| in re       Elizabeth Vega                                  | CHAPTER: **13**          |
|                                                  Debtor(s). | CASE NO.: **LA09-16697-EC** |

## ADDITIONAL SERVICE INFORMATION (if needed):

### Servicer for 2nd Deed of Trust
U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

### Servicer for 2nd Deed of Trust
U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

### Servicer for 2nd Deed of Trust
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

### Agent for Service of Process
Agent for Beneficial California, Inc.
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

### Additional Address as Per Proof of Claim
Beneficial
Attention: Tabitha Walker
P.O. Box 10640
Virginia Beach, VA 23450

### Additional Address as Per Proof of Claim
Beneficial California, Inc.
HFC Processing Services
841 Seahawk Circle
P.O. Box 8546
Virginia Beach, VA 23452

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.9

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 4*

**F 9013-1.9**

| in re | | |
|---|---|---|
| **Elizabeth Vega** | | CHAPTER: **13** |
| | Debtor(s). | CASE NO.: **LA09-16697-EC** |

Elizabeth Vega
688 North Rimsdale Avenue, #8
Covina, CA 91722

Wells Fargo Financial Bank
P.O. Box 98751
Las Vegas, NV 89193

Arrow Financial Services
5996 W. Touhy Ave
Niles, IL 60714

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America
Attention: Bankruptcy Department
4161 Peidmont Parkway
Greensboro, NC 27420

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
P.O. Box 15726
Wilmington, DE 19886

Beneficial
P.O. Box 1547
Chesapeake, VA 23327

Beneficial
P.O. Box 60101
City Of Industry, CA 91716-0101

Beneficial
Attention: Bankruptcy Department
961 Weigel Drive
Elmhurst, IL 60126

Beneficial
1854 East Route 66
Glendora, CA 91740

CBA Collection Bureau
25954 Eden Landing Road
Hayward, CA 94545

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase
Attention: Bankruptcy Department
500 White Clay Center Drive
Newark, DE 19711

Chase
P.O. Box 509011
San Diego, CA 92150-9011

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 94014
Palatine, IL 60094

Citibank
Attention: Bankruptcy Department
7920 Northwest 110th Street
Kansas City, MO 64153

Collection Bureau of America
25954 Eden Landing Road, 1st Floor
Hayward, CA 94545

Covina Palms HOA
P.O. box 1510
Upland, CA 91785

Credit Management
4200 International Pwy
Carrolton, TX 75007

E-One Financial
1155 Corporate Center Drive
Monterey Park, CA 91754

Equifax - Credit Bureau
P.O. Box 105069
Atlanta, GA 30348

Eskanos & Adler
2325 Clayton Road
Concord, CA 94520

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-1.9

Best Case Bankruptcy

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 5*

F 9013-1.9

| in re | | |
|---|---|---|
| **Elizabeth Vega** | | CHAPTER: **13** |
| | Debtor(s). | CASE NO.: **LA09-16697-EC** |

Experian - Credit Bureau
P.O. Box 2002
Allen, TX 75013

Franchise Tax Board
Attention: Bankruptcy Department
P.O. Box 942857
Sacramento, CA 94257

HFC
Attention: Bankruptcy
Department
961 Weigel Drive
Elmhurst, IL 60126


HomEq Servicing
P.O. Box 13716
Sacramento, CA 95853

Homeq Servicing
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

Honorable Ellen Carroll
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012


HSBC
Attention: Bankruptcy Department
P.O. Box 4552
Buffalo, NY 14240

HSBC
Attention: Bankruptcy Department
P.O. Box 5246
Carol Stream, IL 60197

HSBC
Attention: Bankruptcy
Department
6602 Convoy Court
San Diego, CA 92111


HSBC
Attention: Bankruptcy Department
P.O. Box 17909
San Diego, CA 92177

HSBC
Attention: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197

HSBC
Attention: Bankruptcy
Department
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

HSBC Bank
P.O. Box 19360
Portland, OR 97280

HSBC Card Services
P.O. Box 60102
City Of Industry, CA 91716


HSBC Card Services
P.O. Box 60084
Salinas, CA 93912-1313

IndyMac Bank
460 Sierra Madre Villa Avenue
Pasadena, CA 91107

Innovat Collection
P.O. Box 3500
Tustin, CA 92781


Internal Revenue Service
Attention: Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114

Kathy Dockery
Chapter 13 Trustee
700 South Flower Street, Suite 1950
Los Angeles, CA 90017

Law Office Of M.n.kay
7 Penn Plz
New York, NY 10001


LVNV Funding, LLC
P.O. Box 740281
Houston, TX 77274

Macy's
9111 Duke Boulevard
Mason, OH 45040

Macy's
Attention: Bankruptcy
Department
6356 Corley Road
Norcross, GA 30071

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-1.9

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 6*

**F 9013-1.9**

| in re | | |
|---|---|---|
| **Elizabeth Vega** | | CHAPTER: **13** |
| | Debtor(s). | CASE NO.: **LA09-16697-EC** |

| | | |
|---|---|---|
| Macys<br>P.O. Box 6938<br>The Lakes, NV 88901-6938 | Mann Bracken, LLC<br>2325 Clayton Road<br>Concord, CA 94520 | Nissan Motor Acceptance<br>P.O. Box 660360<br>Dallas, TX 75266 |
| Nissan Motor Acceptance<br>P.O. Box 254648<br>Sacramento, CA 95865 | Rosicki, Rosicki & Associates, P.C.<br>Nationwide Default Services<br>51 E. Bethpage Rd.<br>Attn: Andrew Goldberg Agent<br>Plainview, NY 11803 | Sacramento County Sheriffs<br>Office<br>Sheriffs Civil Division<br>3341 Power Inn Road 8919<br>Sacramento, CA 95826 |
| Sears<br>P.O. Box 6189<br>Sioux Falls, SD 57117 | Sears<br>Attention: Bankruptcy Department<br>P.O. Box 6924<br>The Lakes, NV 88901 | Sears Credit Cards<br>P.O. Box 6937<br>The Lakes, NV 88901 |
| Superior Court of California<br>Case# 08B04047<br>1427 West Covina Parkway<br>West Covina, CA 91790 | T-Mobile<br>Attention: Bankruptcy Department<br>P.O. Box 37380<br>Albuquerque, NM 87176 | Time Warner Cable<br>6021 Katella Avenue, Suite 100<br>Cypress, CA 90630 |
| Time Warner Cable<br>c/o CBA Collections Bureau<br>25954 Eden Landing Road<br>Hayward, CA 94545 | Time Warner Cable<br>P.O. Box 660702<br>Dallas, TX 75266 | Time Warner Cable<br>P.O. Box 60074<br>City Of Industry, CA 91716 |
| United States Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | US Bank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301 | Wachovia Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 |
| Wachovia Dealer Services<br>2143 Convention Center Way #200<br>Ontario, CA 91764 | Washington Mutual<br>P.O. Box 9180<br>Pleasanton, CA 94566 | Washington Mutual<br>Attention: Bankruptcy<br>Department<br>P.O. Box 44118<br>Jacksonville, FL 32231 |
| Washington Mutual<br>P.O. Box 660487<br>Dallas, TX 75266 | Washington Mutual<br>100 North Citrus Street<br>West Covina, CA 91791 | Wells Fargo<br>Attention: Bankruptcy<br>Department<br>4143 121st Street<br>Urbandale, IA 50323 |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.9**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 7*

**F 9013-1.9**

| in re | | |
|---|---|---|
| **Elizabeth Vega** | | CHAPTER: **13** |
| | Debtor(s). | CASE NO.: **LA09-16697-EC** |

| Wells Fargo | Wells Fargo | Wells Fargo Financial |
|---|---|---|
| P.O. Box 98751 | Attention: Bankruptcy Department | 3201 North 4th Avenue |
| Las Vegas, NV 89193-8751 | 711 West Broadway | Sioux Falls, SD 57104 |
| | Tempe, AZ 85282 | |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-1.9**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy