| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *M. Erik Clark, #188693*<br>*Borowitz, Lozano & Clark, L.L.P.*<br>*100 N. Barranca Ave., Suite 250*<br>*West Covina, CA 91791*<br>*(626)332-8600 Telephone*<br>*(626)332-8644 Facsimile*<br><br>*Attorney for Debtor* | **FILED & ENTERED**<br><br>**NOV 19 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Elizabeth Vega

CHAPTER ____13_____

CASE NUMBER 2:09-bk-16697-EC

Debtor.

(No Hearing Required)

## ORDER ON MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)
### (Creditor Name: _____Beneficial California, Inc._____)

*(Insert Name of Creditor holding Lien to be Avoided)*

Pursuant to 11 U.S.C. § 522(f) and Local Bankruptcy Rule 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with Local Bankruptcy Rule 9013-1(o).

2. **Hearing Information**:
   a. ☒ No hearing is required:   Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:         (2) Time:         (3) Courtroom:         (4) Judge:
      (5) The matter was   ☐ Contested   ☐ Uncontested   ☐ Settled by Stipulation   ☐ Not Prosecuted
      (6) ☐ Debtor present in Court *(Name)*:
      (7) ☐ Attorney for Debtor present in Court *(Name)*:
      (8) ☐ Attorney for Lienholder present in Court *(Name)*:
      (9) ☐ Other parties present as reflected in the Court record

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*: 688 N. Rimsdale Avenue, #8
      Covina, CA 91722

   b. Legal Description *(specify)*:                                      ☐ See Attached Page

4. Recording information regarding lien to be avoided:
   a. Date of Recordation of Lien *(specify)*: 2/3/09
   b. Recorder's Instrument Number or Map/Book/Page Number *(specify)*: 20090142601

*(This Order is continued on next page.)*

Order on Motion to Avoid Lien (Real Property) – *Page* 2     **F 9013-1.6**

| In re Elizabeth Vega | CHAPTER ___13____ |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

5.  ☒  Motion granted:
    a.  ☒  The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
    b.  ☒  The judicial lien is hereby declared void and unenforceable:
        (1)  ☒  In its entirety
        (2)  ☐  In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6.  ☐  Motion denied on the following grounds:     ☐ With Prejudice     ☐ Without Prejudice
    a.  ☐  Insufficient notice
    b.  ☐  Insufficient evidence of the exempt status of the property in question
    c.  ☐  Other *(specify)*:

7.  ☐  The Court further orders as follows *(specify)*:     ☐ See Attached Page

**###**

DATED: November 19, 2009

*Ellen Carroll*
United States Bankruptcy Judge

Order on Motion to Avoid Lien (Real Property) – Page 3  **F 9013-1.6**

| In re Elizabeth Vega | CHAPTER ___13____ |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described **Order on Motion to Avoid Lien** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  November 5, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 5, 2009 | Yesenia Chicas | /s/ Yesenia Chicas |
|---|---|---|
| Date | Type Name | Signature |

*January 2009*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9013-1.6**

Order on Motion to Avoid Lien (Real Property) – *Page* 4

F 9013-1.6

| In re Elizabeth Vega | | CHAPTER ___13____ |
|---|---|---|
| | Debtor. | CASE NUMBER 2:09-bk-16697-EC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Elizabeth Vega
688 North Rimsdale Avenue, #8
Covina, CA 91722

Wells Fargo Financial Bank
P.O. Box 98751
Las Vegas, NV 89193

Arrow Financial Services
5996 W. Touhy Ave
Niles, IL 60714

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America
Attention: Bankruptcy Department
4161 Peidmont Parkway
Greensboro, NC 27420

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
P.O. Box 15726
Wilmington, DE 19886

Beneficial
P.O. Box 1547
Chesapeake, VA 23327

Beneficial
P.O. Box 60101
City Of Industry, CA 91716-0101

Beneficial
Attention: Bankruptcy Department
961 Weigel Drive
Elmhurst, IL 60126

Beneficial
1854 East Route 66
Glendora, CA 91740

CBA Collection Bureau
25954 Eden Landing Road
Hayward, CA 94545

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase
Attention: Bankruptcy Department
500 White Clay Center Drive
Newark, DE 19711

Chase
P.O. Box 509011
San Diego, CA 92150-9011

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 94014
Palatine, IL 60094

Citibank
Attention: Bankruptcy Department
7920 Northwest 110th Street
Kansas City, MO 64153

Collection Bureau of America
25954 Eden Landing Road, 1st Floor
Hayward, CA 94545

Covina Palms HOA
P.O. box 1510
Upland, CA 91785

Credit Management
4200 International Pwy
Carrolton, TX 75007

E-One Financial
1155 Corporate Center Drive
Monterey Park, CA 91754

Equifax - Credit Bureau
P.O. Box 105069
Atlanta, GA 30348

Eskanos & Adler
2325 Clayton Road
Concord, CA 94520

Order on Motion to Avoid Lien (Real Property) – *Page* 5

**F 9013-1.6**

| In re Elizabeth Vega | CHAPTER ___13____ |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

Experian - Credit Bureau
P.O. Box 2002
Allen, TX 75013

Franchise Tax Board
Attention: Bankruptcy Department
P.O. Box 942857
Sacramento, CA 94257

HFC
Attention: Bankruptcy Department
961 Weigel Drive
Elmhurst, IL 60126

HomEq Servicing
P.O. Box 13716
Sacramento, CA 95853

Homeq Servicing
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

Honorable Ellen Carroll
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

HSBC
Attention: Bankruptcy Department
P.O. Box 4552
Buffalo, NY 14240

HSBC
Attention: Bankruptcy Department
P.O. Box 5246
Carol Stream, IL 60197

HSBC
Attention: Bankruptcy Department
6602 Convoy Court
San Diego, CA 92111

HSBC
Attention: Bankruptcy Department
P.O. Box 17909
San Diego, CA 92177

HSBC
Attention: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197

HSBC
Attention: Bankruptcy Department
P.O. Box 5253
Carol Stream, IL 60197

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

HSBC Bank
P.O. Box 19360
Portland, OR 97280

HSBC Card Services
P.O. Box 60102
City Of Industry, CA 91716

HSBC Card Services
P.O. Box 60084
Salinas, CA 93912-1313

IndyMac Bank
460 Sierra Madre Villa Avenue
Pasadena, CA 91107

Innovat Collection
P.O. Box 3500
Tustin, CA 92781

Internal Revenue Service
Attention: Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114

Kathy Dockery
Chapter 13 Trustee
700 South Flower Street, Suite 1950
Los Angeles, CA 90017

Law Office Of M.n.kay
7 Penn Plz
New York, NY 10001

LVNV Funding, LLC
P.O. Box 740281
Houston, TX 77274

Macy's
9111 Duke Boulevard
Mason, OH 45040

Macy's
Attention: Bankruptcy Department
6356 Corley Road
Norcross, GA 30071

Order on Motion to Avoid Lien (Real Property) – *Page* 6

**F 9013-1.6**

| In re Elizabeth Vega | CHAPTER ___13____ |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

Macys
P.O. Box 6938
The Lakes, NV 88901-6938

Mann Bracken, LLC
2325 Clayton Road
Concord, CA 94520

Nissan Motor Acceptance
P.O. Box 660360
Dallas, TX 75266

Nissan Motor Acceptance
P.O. Box 254648
Sacramento, CA 95865

Rosicki, Rosicki & Associates, P.C.
Nationwide Default Services
51 E. Bethpage Rd.
Attn: Andrew Goldberg Agent
Plainview, NY 11803

Sacramento County Sheriffs Office
Sheriffs Civil Division
3341 Power Inn Road 8919
Sacramento, CA 95826

Sears
P.O. Box 6189
Sioux Falls, SD 57117

Sears
Attention: Bankruptcy Department
P.O. Box 6924
The Lakes, NV 88901

Sears Credit Cards
P.O. Box 6937
The Lakes, NV 88901

Superior Court of California
Case# 08B04047
1427 West Covina Parkway
West Covina, CA 91790

T-Mobile
Attention: Bankruptcy Department
P.O. Box 37380
Albuquerque, NM 87176

Time Warner Cable
6021 Katella Avenue, Suite 100
Cypress, CA 90630

Time Warner Cable
c/o CBA Collections Bureau
25954 Eden Landing Road
Hayward, CA 94545

Time Warner Cable
P.O. Box 660702
Dallas, TX 75266

Time Warner Cable
P.O. Box 60074
City Of Industry, CA 91716

United States Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Wachovia Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Wachovia Dealer Services
2143 Convention Center Way #200
Ontario, CA 91764

Washington Mutual
P.O. Box 9180
Pleasanton, CA 94566

Washington Mutual
Attention: Bankruptcy Department
P.O. Box 44118
Jacksonville, FL 32231

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

Washington Mutual
100 North Citrus Street
West Covina, CA 91791

Wells Fargo
Attention: Bankruptcy Department
4143 121st Street
Urbandale, IA 50323

*January 2009*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9013-1.6**

Order on Motion to Avoid Lien (Real Property) – *Page* 7

**F 9013-1.6**

| | |
|---|---|
| In re Elizabeth Vega | CHAPTER ___13____ |
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

Wells Fargo
P.O. Box 98751
Las Vegas, NV 89193-8751

Wells Fargo
Attention: Bankruptcy Department
711 West Broadway
Tempe, AZ 85282

Wells Fargo Financial
3201 North 4th Avenue
Sioux Falls, SD 57104

*January 2009*    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9013-1.6**

Order on Motion to Avoid Lien (Real Property) – *Page* 8

**F 9013-1.6**

| In re Elizabeth Vega | CHAPTER ___13____ |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __**Order on Motion to Avoid Lien**__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___9/26/09___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

M. Erik Clark: notices@blclaw.com
Kathy Dockery: efiling@ch13la.com
Dolores Garcia: dgarcia@portfoliorecovery.com
Andrew Goldberg: agoldberg@rosicki.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov

William Malcolm: bill@mclaw.org
Marisol Nagata: marisoln@bdftw.com
Ramesh Singh : claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re Elizabeth Vega | CHAPTER ___13____ |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-16697-EC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Elizabeth Vega
688 North Rimsdale Avenue, #8
Covina, CA 91722

Wells Fargo Financial Bank
P.O. Box 98751
Las Vegas, NV 89193

Arrow Financial Services
5996 W. Touhy Ave
Niles, IL 60714

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America
Attention: Bankruptcy Department
4161 Peidmont Parkway
Greensboro, NC 27420

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
P.O. Box 15726
Wilmington, DE 19886

Beneficial
P.O. Box 1547
Chesapeake, VA 23327

Beneficial
P.O. Box 60101
City Of Industry, CA 91716-0101

Beneficial
Attention: Bankruptcy Department
961 Weigel Drive
Elmhurst, IL 60126

Beneficial
1854 East Route 66
Glendora, CA 91740

CBA Collection Bureau
25954 Eden Landing Road
Hayward, CA 94545

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase
Attention: Bankruptcy Department
500 White Clay Center Drive
Newark, DE 19711

Chase
P.O. Box 509011
San Diego, CA 92150-9011

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 94014
Palatine, IL 60094

Citibank
Attention: Bankruptcy Department
7920 Northwest 110th Street
Kansas City, MO 64153

Collection Bureau of America
25954 Eden Landing Road, 1st Floor
Hayward, CA 94545

Covina Palms HOA
P.O. box 1510
Upland, CA 91785

Credit Management
4200 International Pwy
Carrolton, TX 75007

E-One Financial
1155 Corporate Center Drive
Monterey Park, CA 91754

Equifax - Credit Bureau
P.O. Box 105069
Atlanta, GA 30348

Eskanos & Adler
2325 Clayton Road
Concord, CA 94520

| In re Elizabeth Vega | | CHAPTER ___13____ |
|---|---|---|
| | Debtor. | CASE NUMBER 2:09-bk-16697-EC |

Experian - Credit Bureau
P.O. Box 2002
Allen, TX 75013

Franchise Tax Board
Attention: Bankruptcy Department
P.O. Box 942857
Sacramento, CA 94257

HFC
Attention: Bankruptcy Department
961 Weigel Drive
Elmhurst, IL 60126

HomEq Servicing
P.O. Box 13716
Sacramento, CA 95853

Homeq Servicing
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

Wells Fargo
P.O. Box 98751
Las Vegas, NV 89193-8751

HSBC
Attention: Bankruptcy Department
P.O. Box 4552
Buffalo, NY 14240

HSBC
Attention: Bankruptcy Department
P.O. Box 5246
Carol Stream, IL 60197

HSBC
Attention: Bankruptcy Department
6602 Convoy Court
San Diego, CA 92111

HSBC
Attention: Bankruptcy Department
P.O. Box 17909
San Diego, CA 92177

HSBC
Attention: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197

HSBC
Attention: Bankruptcy Department
P.O. Box 5253
Carol Stream, IL 60197

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

HSBC Bank
P.O. Box 19360
Portland, OR 97280

HSBC Card Services
P.O. Box 60102
City Of Industry, CA 91716

HSBC Card Services
P.O. Box 60084
Salinas, CA 93912-1313

IndyMac Bank
460 Sierra Madre Villa Avenue
Pasadena, CA 91107

Innovat Collection
P.O. Box 3500
Tustin, CA 92781

Internal Revenue Service
Attention: Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114

Wells Fargo
Attention: Bankruptcy Department
711 West Broadway
Tempe, AZ 85282

Law Office Of M.n.kay
7 Penn Plz
New York, NY 10001

LVNV Funding, LLC
P.O. Box 740281
Houston, TX 77274

Macy's
9111 Duke Boulevard
Mason, OH 45040

Macy's
Attention: Bankruptcy Department
6356 Corley Road
Norcross, GA 30071

| In re Elizabeth Vega | | CHAPTER ___13____ |
|---|---|---|
| | Debtor. | CASE NUMBER 2:09-bk-16697-EC |

Macys
P.O. Box 6938
The Lakes, NV 88901-6938

Mann Bracken, LLC
2325 Clayton Road
Concord, CA 94520

Nissan Motor Acceptance
P.O. Box 660360
Dallas, TX 75266

Nissan Motor Acceptance
P.O. Box 254648
Sacramento, CA 95865

Rosicki, Rosicki & Associates, P.C.
Nationwide Default Services
51 E. Bethpage Rd.
Attn: Andrew Goldberg Agent
Plainview, NY 11803

Sacramento County Sheriffs Office
Sheriffs Civil Division
3341 Power Inn Road 8919
Sacramento, CA 95826

Sears
P.O. Box 6189
Sioux Falls, SD 57117

Sears
Attention: Bankruptcy Department
P.O. Box 6924
The Lakes, NV 88901

Sears Credit Cards
P.O. Box 6937
The Lakes, NV 88901

Superior Court of California
Case# 08B04047
1427 West Covina Parkway
West Covina, CA 91790

T-Mobile
Attention: Bankruptcy Department
P.O. Box 37380
Albuquerque, NM 87176

Time Warner Cable
6021 Katella Avenue, Suite 100
Cypress, CA 90630

Time Warner Cable
c/o CBA Collections Bureau
25954 Eden Landing Road
Hayward, CA 94545

Time Warner Cable
P.O. Box 660702
Dallas, TX 75266

Time Warner Cable
P.O. Box 60074
City Of Industry, CA 91716

Wells Fargo Financial
3201 North 4th Avenue
Sioux Falls, SD 57104

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Wachovia Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Wachovia Dealer Services
2143 Convention Center Way #200
Ontario, CA 91764

Washington Mutual
P.O. Box 9180
Pleasanton, CA 94566

Washington Mutual
Attention: Bankruptcy Department
P.O. Box 44118
Jacksonville, FL 32231

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

Washington Mutual
100 North Citrus Street
West Covina, CA 91791

Wells Fargo
Attention: Bankruptcy Department
4143 121st Street
Urbandale, IA 50323