M. Erik Clark, #188693
**Borowitz, Lozano & Clark, L.L.P.**
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
Tel: (626)332-8600
Fax: (626)332-8644

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | Case No.: 2:09-bk-16697-EC |
| ELIZABETH VEGA | Chapter: 13 |
| | **DECLARATION RE: PLAN PAYMENT STATUS** |
| | [NO HEARING REQUIRED] |
| DEBTOR(S). | |

I, Elizabeth Vega declare as follows:

1.   I am the Debtor in the instant case. I have personal knowledge of the facts set forth in this declaration and if called to testify in a court of law, could and would testify competently thereto.

2.   On _December 2_, 2009, I mailed my plan payment(s) to the following address: **CHAPTER 13 TRUSTEE, P.O. BOX 691, MEMPHIS, TN 38101-0691.** A true and correct copy of the cashier's check(s) or money order(s) <u>and</u> U.S. Post Office certificate of mailing stamped by a U.S. Postal Service Employee is attached hereto and incorporated herein by reference.

3.   On _December 2_, 2009, I emailed a PDF copy of my Declaration re: Plan Payment Status with the attachments to <u>confirmation@ch13la.com</u>.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATE: December 2, 2009

Name: _/s/ Elizabeth Vega_
Elizabeth Vega
Debtor

1



| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
|---|---|---|
|  |  | CASE NUMBER LA09-16697-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Borowitz, Lozano & Clark, L.L.P.
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791

The foregoing document described **Declaration Re: Plan Payment Status** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __December 2, 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 2, 2009 | Yesenia Chicas | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER LA09-16697-EC |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Elizabeth Vega
688 N. Rimsdale Avenue #8
Covina, CA 91722

Honorable Ellen Carroll
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1